

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. O-2215
Re: Disposition of sum of money
held by Narcotic Drug Divi-
sion at time of its abolition.

     In your letter of April 11, 1940, you advise us
of the following facts:

     "Prior to September 1, 1939, and during
the existence of the Narcotic Division of
this department, which was abolished by the
appropriation bill for the ensuing biennium,
it was necessary for the Chief of the Divi-
sion to keep available undercover funds for
the purchase of narcotic drugs being sold in
violation of the law so that cases could be
made against such handlers of drugs. It
was necessary to keep quite a sum of money
on hand for this purpose, and at the time
that this division was abolished, Captain
J. B. Wheatley, Chief of said Division, had
on hand the sum of one thousand ($1,000.00)
dollars. This money was turned over to the
Director of the Department of Public Safety,
who now has such money in his possession."

     You request us to advise you as to the procedure
necessary to turn said money into the funds of the State
of Texas.

     In the Uniform Narcotic Drug Act, being Chapter
169, beginning at page 333, General and Special Laws,
Acts of the 45th Legislature, Regular Session, we find
there was an appropriation of $20,000.00 out of the
general fund for the use of the Department of Public
Safety for the necessary expenses in the administration

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

and enforcement of the provisions of the Act. We understand that the sum of $1,000.00 which you mention is a part of that appropriation, and which had been withdrawn from the general fund for the uses authorized by the Act. Since that sum came from the general fund, it should now be returned to that account. You should therefore deliver the same to the Comptroller, making the check payable to the State Treasury.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By          *Glenn R. Lewis*

Glenn R. Lewis
Assistant

GRL:GO

APPROVEDAPR 19, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN